## S. M. ROGERS v. STATE.

No. A-2082.   Opinion Filed November 7, 1914.

Appeal from County Court, McIntosh County;

Ben. D. Gross, Judge.

S. M. Rogers was convicted of violating the prohibitory law and appeals.   Affirmed.

Turner & Turner, for plaintiff in error.

E. G. Spilman, for the State.

PER CURIAM   The plaintiff in error, S. M. Rogers, was convicted at the July, 1913, term of the county court of McIntosh county on a charge of selling intoxicating liquor, and his punishment fixed at imprisonment in the county jail for a period of sixty days and a fine of one hundred dollars.   This appeal is without merit.   The questions raised have been settled adversely to the contentions of plaintiff in error by former opinions of this court.   We find no error in the record.   The judgment of the trial court is, therefore, affirmed.

---

## OSCAR COFER v. STATE.

No. A-2229.   Opinion Filed November 21, 1914.

Appeal from County Court, Pottawatomie County;

Hal Johnson, Judge.

Oscar Cofer was convicted of a violation of the prohibitory law, and appeals.   Appeal dismissed.

W. P. Langston, for plaintiff in error.

Chas. West, Atty. Gen., and C. J. Davenport, Asst. Atty. Gen., for the State

PER CURIAM.   Plaintiff in error was, in the court below, convicted of the offense of having the unlawful possession of intoxicating liquor with the intent to sell the same.   Judgment was entered on the 19th day of August, 1913, and he was sentenced to be confined in the county jail for sixty days and to pay a fine of two hundred and fifty dollars and costs.   He attempted to appeal from the judgment by filing in this court on April 8th, 1914, a petition in error with case-made attached. The Attorney General has filed a motion to dismiss the appeal on the ground that a petition in error was not filed in this court until long after the expiration of the time allowed by law within which to take such appeal.

In misdemeanor cases one hundred and twenty days is the maximum time within which to take an appeal.   In this case more than six months had elapsed after the judgment was entered before the petition in error was filed in this court.   As the court failed to acquire jurisdiction, the motion to dismiss must be sustained.   The purported appeal is dismissed.